Howard E. DeLong, for appellant; E. C. Frank Meier, of counsel; Whealan & Barasa, for appellees; J. Laurence Barasa, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Eleanor Kane, Administratrix of Estate of Barney Kane, Deceased, Plaintiff-Appellee, v. Sam Dunn, Defendant-Appellant.

### Gen. No. 46,220. (Abstract of Decision.)

Philip J. Simon, for appellant; Robert E. Cherry, for appellee; Rosenfeld, Cherry and Levinson, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## George Dragosvich, Appellee, v. Allstate Insurance Company, Appellant.

### Gen. No. 46,279. (Abstract of Decision.)